# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 30, 2019

### NO. 03-19-00051-CV

**Anna Luisa Kell, Appellant**

**v.**

**Texas State Board for Educator Certification, Texas Education Agency and
Mike Morath, Commissioner of Education (in his Official Capacity), Appellees**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES SMITH AND SHANNON
AFFIRMED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the judgment signed by the trial court on January 10, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.